Certificate Number: 14424-ILN-DE-035124938

Bankruptcy Case Number: 20-19928



14424-ILN-DE-035124938

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 27, 2020</u>, at <u>5:28</u> o'clock <u>PM EST</u>, <u>Eric Jagiela</u> completed a course on personal financial management given <u>by internet</u> by <u>BK Class Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Illinois</u>.

Date:   <u>November 27, 2020</u>          By:   <u>/s/Mabelyn  Ramirez</u>

                                        Name:  <u>Mabelyn  Ramirez</u>

                                        Title:  <u>Instructor</u>